# **<u>EXHIBIT A</u>**

| No | IP Address | GUID | P2PClient |
|---|---|---|---|
| 1 | 67.168.219.56 | 2D554D313830302D9F6FE1C7FF2BB0D60230E28F | µTorrent Mac 1.8.0 |
| 2 | 50.132.80.136 | 2D5554333231302DB66D1E797B4A9508C63D4ED4 | µTorrent 3.2.1 |
| 3 | 174.127.131.39 | 2D5452323631302D37627668686C6C6F3070377A | Transmission 2.61 |
| 4 | 24.18.6.36 | 4D372D372D302D2D536D3896E6F99456587312AF | BitTorrent 7.7.0 |
| 5 | 76.121.96.93 | 2D5554333233302D21703DA9A309F5E6B5BCCBAC | µTorrent 3.2.3 |
| 6 | 67.185.177.22 | 2D5554333231302DB66DF67ED8E49686A70A09A7 | µTorrent 3.2.1 |
| 7 | 23.19.81.141 | 2D5554333132302D956881884C47209865CEF02C | µTorrent 3.1.2 |
| 8 | 76.104.140.21 | 2D5554333231302DB66D78851DBB856735701308 | µTorrent 3.2.1 |
| 9 | 67.168.219.56 | 2D554D313831302D5670CC3A1643EB09FB8F6C0E | µTorrent Mac 1.8.1 |
| 10 | 174.21.238.117 | 4D372D332D352D2DEC6B47CB091B126435A83892 | BitTorrent 7.3.5 |
| 11 | 23.19.81.186 | 2D5554333231302D956881884C47209865CEF02C | µTorrent 3.1.2 |
| 12 | 67.183.108.184 | 2D5554333233302D21707B77C94468FB3CB2FA9A | µTorrent 3.2.3 |
| 13 | 97.113.0.84 | 2D5554333233302D217026B4228F29FB4ACC8073 | µTorrent 3.2.3 |
| 14 | 174.21.211.97 | 2D415A343830302D5A6263334735736E4B39564C | Vuze 4.8.0.0 |
| 15 | 98.247.146.88 | 2D554D313634302D776A856C5FA585EBD9E64F9C | µTorrent Mac 1.6.4 |
| 16 | 192.182.159.92 | 4D372D372D322D2D536FB84AD449CD12C5ACBB44 | BitTorrent 7.7.2 |
| 17 | 98.247.81.52 | 2D5554333233302D2170C01BF3A581AA4552A84E | µTorrent 3.2.3 |
| 18 | 76.121.96.93 | 2D5554333330422D5B70FDAF64DE8F6F9826AC65 | µTorrent 3.3.0 (Beta |
| 19 | 50.46.208.115 | 2D5554333233302D21704D2420DF493357FB6A8C | µTorrent 3.2.3 |
| 20 | 208.54.44.141 | 2D5554333230302D3C6C7F2B3EEB69EC0FF74243 | µTorrent 3.2.0 |
| 21 | 173.12.190.78 | 2D415A343831322D4869436C63466A6C6E397134 | Vuze 4.8.1.2 |
| 22 | 208.54.38.160 | 2D4C54304630302D4564723270356E42306B7442 | libtorrent (Rasterbar |
| 23 | 75.164.173.169 | 2D5554333231302D2A62699914CE72B87F29EDB2 | µTorrent 2.2.1 |
| 24 | 208.54.44.169 | 2D5554333230302D3C6C964D1E29A086E8819353 | µTorrent 3.2.0 |
| 25 | 24.22.148.75 | 2D5554333231302DB66D9A8393380AC4CE811076 | µTorrent 3.2.1 |
| 26 | 71.212.23.138 | 4D372D372D302D2D536D48F5E73D44EE433CCFF8 | BitTorrent 7.7.0 |
| 27 | 71.231.109.93 | 2D5554333233302D21702F78A0E06FD6CA797501 | µTorrent 3.2.3 |
| 28 | 24.113.125.147 | 2D415A343831322D45557543633564765539 4757 | Vuze 4.8.1.2 |
| 29 | 24.113.199.193 | 2D415A343830302D7869736678646A6461644575 | Vuze 4.8.0.0 |
| 30 | 12.173.182.130 | 4D372D322D302D2D795FDB9BA7E060FF839FA6D0 | BitTorrent 7.2.0 |
| 31 | 98.247.199.127 | 2D5554333233302D21704A3B7D5CDAA4CB529359 | µTorrent 3.2.3 |
| 32 | 208.54.40.241 | 2D5554333233302D217037E7EF02B3CAFE2A24E9 | µTorrent 3.2.3 |
| 33 | 24.18.16.24 | 2D5554333232302DB36F42704CD2F94F63028C88 | µTorrent 3.2.2 |
| 34 | 208.54.40.147 | 2D5554333233302D21704B4DCB290864D7BA4B41 | µTorrent 3.2.3 |
| 35 | 76.104.204.178 | 4D372D372D322D2D536FEFDF1980A40BE6631601 | BitTorrent 7.7.2 |
| 36 | 24.16.237.60 | 2D415A343830302D4A325378537955565 8746630 | Vuze 4.8.0.0 |
| 37 | 50.135.93.171 | 2D5554333233302D21704AD7E75B03A372998B68 | µTorrent 3.2.3 |
| 38 | 67.165.114.197 | 2D5554333233302D21702D095C7CFA9679E60D7E | µTorrent 3.2.3 |
| 39 | 67.183.2.93 | 2D5554333231302DB66D491693957966AB3EC53D | µTorrent 3.2.1 |
| 40 | 173.208.33.238 | 2D5554333233302D2170BF9C20E0EAB3E30E81A3 | µTorrent 3.2.3 |
| 41 | 173.208.33.219 | 2D5554333233302D2170B554C15FDFE7D0BD3B3D | µTorrent 3.2.3 |
| 42 | 76.104.147.137 | 2D5554333233302D2170635BD62A049ABC7E8083 | µTorrent 3.2.3 |
| 43 | 50.135.21.48 | 4D372D372D322D2D536FDDCD92EA96B3849596DE | BitTorrent 7.7.2 |
| 44 | 24.21.40.121 | 2D415A343830302D4E6E72445A49575A53546764 | Vuze 4.8.0.0 |
| 45 | 98.247.98.150 | 2D5554333233302D2170401FBAC3866EA6F341B7 | µTorrent 3.2.3 |

| HitDateUTC (MM/DD/YY) | DossierNumber | Title | RightsOwner |
|---|---|---|---|
| 12/16/12 08:21:04 PM | S0054-0000004410 | The Divide | R & D Film 1 |
| 12/17/12 11:56:34 PM | S0054-0000004390 | The Divide | R & D Film 1 |
| 12/17/12 02:51:06 PM | S0054-0000004408 | The Divide | R & D Film 1 |
| 12/18/12 12:33:27 PM | S0054-0000003608 | The Divide | R & D Film 1 |
| 12/18/12 08:35:24 PM | S0054-0000003628 | The Divide | R & D Film 1 |
| 12/19/12 03:15:40 AM | S0054-0000003632 | The Divide | R & D Film 1 |
| 12/19/12 08:39:13 AM | S0054-0000003646 | The Divide | R & D Film 1 |
| 12/19/12 07:06:52 AM | S0054-0000003642 | The Divide | R & D Film 1 |
| 12/19/12 05:29:48 PM | S0054-0000004718 | The Divide | R & D Film 1 |
| 12/20/12 10:34:48 PM | S0054-0000004746 | The Divide | R & D Film 1 |
| 12/20/12 10:06:47 PM | S0054-0000004744 | The Divide | R & D Film 1 |
| 12/21/12 06:18:16 AM | S0054-0000004766 | The Divide | R & D Film 1 |
| 12/21/12 08:33:52 AM | S0054-0000004770 | The Divide | R & D Film 1 |
| 12/21/12 06:36:46 AM | S0054-0000004762 | The Divide | R & D Film 1 |
| 12/22/12 07:33:36 AM | S0054-0000004880 | The Divide | R & D Film 1 |
| 12/23/12 11:18:41 PM | S0054-0000004942 | The Divide | R & D Film 1 |
| 12/23/12 11:25:10 PM | S0054-0000004940 | The Divide | R & D Film 1 |
| 12/23/12 03:42:58 PM | S0054-0000004934 | The Divide | R & D Film 1 |
| 12/26/12 08:35:10 AM | S0054-0000005832 | The Divide | R & D Film 1 |
| 12/26/12 09:04:38 AM | S0054-0000005834 | The Divide | R & D Film 1 |
| 12/27/12 06:08:38 AM | S0054-0000005864 | The Divide | R & D Film 1 |
| 12/27/12 03:41:35 AM | S0054-0000005856 | The Divide | R & D Film 1 |
| 12/29/12 02:41:28 AM | S0054-0000005942 | The Divide | R & D Film 1 |
| 12/29/12 03:24:26 AM | S0054-0000005946 | The Divide | R & D Film 1 |
| 12/29/12 01:13:00 PM | S0054-0000005974 | The Divide | R & D Film 1 |
| 12/30/12 03:17:46 AM | S0054-0000006002 | The Divide | R & D Film 1 |
| 12/30/12 12:09:15 AM | S0054-0000005994 | The Divide | R & D Film 1 |
| 12/30/12 12:46:01 PM | S0054-0000006022 | The Divide | R & D Film 1 |
| 12/30/12 02:16:31 AM | S0054-0000005996 | The Divide | R & D Film 1 |
| 12/31/12 05:32:47 AM | S0054-0000006058 | The Divide | R & D Film 1 |
| 12/31/12 02:02:27 AM | S0054-0000006052 | The Divide | R & D Film 1 |
| 1/1/13 06:16:40 PM | S0054-0000006106 | The Divide | R & D Film 1 |
| 1/1/13 08:04:06 PM | S0054-0000006114 | The Divide | R & D Film 1 |
| 1/1/13 06:01:17 PM | S0054-0000006108 | The Divide | R & D Film 1 |
| 1/2/13 01:32:29 AM | S0054-0000006124 | The Divide | R & D Film 1 |
| 1/3/13 08:30:35 AM | S0054-0000006160 | The Divide | R & D Film 1 |
| 1/4/13 05:05:58 PM | S0054-0000006188 | The Divide | R & D Film 1 |
| 1/4/13 11:15:17 PM | S0054-0000006202 | The Divide | R & D Film 1 |
| 1/4/13 09:19:49 PM | S0054-0000006198 | The Divide | R & D Film 1 |
| 1/5/13 11:16:49 PM | S0054-0000006232 | The Divide | R & D Film 1 |
| 1/6/13 03:20:04 AM | S0054-0000006238 | The Divide | R & D Film 1 |
| 1/6/13 11:47:39 PM | S0054-0000006276 | The Divide | R & D Film 1 |
| 1/6/13 08:17:01 PM | S0054-0000006264 | The Divide | R & D Film 1 |
| 1/8/13 07:12:21 AM | S0054-0000008254 | The Divide | R & D Film 1 |
| 1/8/13 02:25:46 AM | S0054-0000008234 | The Divide | R & D Film 1 |

FileName
The Divide 2011 BRRIP XVID {1337x}-Hiest
The Divide 2011 BRRIP XVID {1337x}-Hiest
The Divide 2011 BRRIP XVID {1337x}-Hiest
The Divide 2011 BRRIP XVID {1337x}-Hiest
The Divide 2011 BRRIP XVID {1337x}-Hiest
The Divide 2011 BRRIP XVID {1337x}-Hiest
The Divide 2011 BRRIP XVID {1337x}-Hiest
The Divide 2011 BRRIP XVID {1337x}-Hiest
The Divide 2011 BRRIP XVID {1337x}-Hiest
The Divide 2011 BRRIP XVID {1337x}-Hiest
The Divide 2011 BRRIP XVID {1337x}-Hiest
The Divide 2011 BRRIP XVID {1337x}-Hiest
The Divide 2011 BRRIP XVID {1337x}-Hiest
The Divide 2011 BRRIP XVID {1337x}-Hiest
The Divide 2011 BRRIP XVID {1337x}-Hiest
The Divide 2011 BRRIP XVID {1337x}-Hiest
The Divide 2011 BRRIP XVID {1337x}-Hiest
The Divide 2011 BRRIP XVID {1337x}-Hiest
The Divide 2011 BRRIP XVID {1337x}-Hiest
The Divide 2011 BRRIP XVID {1337x}-Hiest
The Divide 2011 BRRIP XVID {1337x}-Hiest
The Divide 2011 BRRIP XVID {1337x}-Hiest
The Divide 2011 BRRIP XVID {1337x}-Hiest
The Divide 2011 BRRIP XVID {1337x}-Hiest
The Divide 2011 BRRIP XVID {1337x}-Hiest
The Divide 2011 BRRIP XVID {1337x}-Hiest
The Divide 2011 BRRIP XVID {1337x}-Hiest
The Divide 2011 BRRIP XVID {1337x}-Hiest
The Divide 2011 BRRIP XVID {1337x}-Hiest
The Divide 2011 BRRIP XVID {1337x}-Hiest
The Divide 2011 BRRIP XVID {1337x}-Hiest
The Divide 2011 BRRIP XVID {1337x}-Hiest
The Divide 2011 BRRIP XVID {1337x}-Hiest
The Divide 2011 BRRIP XVID {1337x}-Hiest
The Divide 2011 BRRIP XVID {1337x}-Hiest
The Divide 2011 BRRIP XVID {1337x}-Hiest
The Divide 2011 BRRIP XVID {1337x}-Hiest
The Divide 2011 BRRIP XVID {1337x}-Hiest
The Divide 2011 BRRIP XVID {1337x}-Hiest
The Divide 2011 BRRIP XVID {1337x}-Hiest
The Divide 2011 BRRIP XVID {1337x}-Hiest
The Divide 2011 BRRIP XVID {1337x}-Hiest
The Divide 2011 BRRIP XVID {1337x}-Hiest
The Divide 2011 BRRIP XVID {1337x}-Hiest
The Divide 2011 BRRIP XVID {1337x}-Hiest

| Filehash | ISP |
|---|---|
| SHA1: 5A6510D12FA6AAFD8E8D1B298015C40486013930 | Comcast Cable |
| SHA1: 5A6510D12FA6AAFD8E8D1B298015C40486013930 | Comcast Cable |
| SHA1: 5A6510D12FA6AAFD8E8D1B298015C40486013930 | vanoppen.biz LLC |
| SHA1: 5A6510D12FA6AAFD8E8D1B298015C40486013930 | Comcast Cable |
| SHA1: 5A6510D12FA6AAFD8E8D1B298015C40486013930 | Comcast Cable |
| SHA1: 5A6510D12FA6AAFD8E8D1B298015C40486013930 | Comcast Cable |
| SHA1: 5A6510D12FA6AAFD8E8D1B298015C40486013930 | Nobis Technology Group, |
| SHA1: 5A6510D12FA6AAFD8E8D1B298015C40486013930 | Comcast Cable |
| SHA1: 5A6510D12FA6AAFD8E8D1B298015C40486013930 | Comcast Cable |
| SHA1: 5A6510D12FA6AAFD8E8D1B298015C40486013930 | Century Link |
| SHA1: 5A6510D12FA6AAFD8E8D1B298015C40486013930 | Nobis Technology Group, |
| SHA1: 5A6510D12FA6AAFD8E8D1B298015C40486013930 | Comcast Cable |
| SHA1: 5A6510D12FA6AAFD8E8D1B298015C40486013930 | Century Link |
| SHA1: 5A6510D12FA6AAFD8E8D1B298015C40486013930 | Century Link |
| SHA1: 5A6510D12FA6AAFD8E8D1B298015C40486013930 | Comcast Cable |
| SHA1: 5A6510D12FA6AAFD8E8D1B298015C40486013930 | Frontier Communications |
| SHA1: 5A6510D12FA6AAFD8E8D1B298015C40486013930 | Comcast Cable |
| SHA1: 5A6510D12FA6AAFD8E8D1B298015C40486013930 | Comcast Cable |
| SHA1: 5A6510D12FA6AAFD8E8D1B298015C40486013930 | Frontier Communications |
| SHA1: 5A6510D12FA6AAFD8E8D1B298015C40486013930 | T-Mobile USA |
| SHA1: 5A6510D12FA6AAFD8E8D1B298015C40486013930 | Comcast Business Commu |
| SHA1: 5A6510D12FA6AAFD8E8D1B298015C40486013930 | T-Mobile USA |
| SHA1: 5A6510D12FA6AAFD8E8D1B298015C40486013930 | Century Link |
| SHA1: 5A6510D12FA6AAFD8E8D1B298015C40486013930 | T-Mobile USA |
| SHA1: 5A6510D12FA6AAFD8E8D1B298015C40486013930 | Comcast Cable |
| SHA1: 5A6510D12FA6AAFD8E8D1B298015C40486013930 | Century Link |
| SHA1: 5A6510D12FA6AAFD8E8D1B298015C40486013930 | Comcast Cable |
| SHA1: 5A6510D12FA6AAFD8E8D1B298015C40486013930 | Wave Broadband |
| SHA1: 5A6510D12FA6AAFD8E8D1B298015C40486013930 | Wave Broadband |
| SHA1: 5A6510D12FA6AAFD8E8D1B298015C40486013930 | AT&T Services |
| SHA1: 5A6510D12FA6AAFD8E8D1B298015C40486013930 | Comcast Cable |
| SHA1: 5A6510D12FA6AAFD8E8D1B298015C40486013930 | T-Mobile USA |
| SHA1: 5A6510D12FA6AAFD8E8D1B298015C40486013930 | Comcast Cable |
| SHA1: 5A6510D12FA6AAFD8E8D1B298015C40486013930 | T-Mobile USA |
| SHA1: 5A6510D12FA6AAFD8E8D1B298015C40486013930 | Comcast Cable |
| SHA1: 5A6510D12FA6AAFD8E8D1B298015C40486013930 | Comcast Cable |
| SHA1: 5A6510D12FA6AAFD8E8D1B298015C40486013930 | Comcast Cable |
| SHA1: 5A6510D12FA6AAFD8E8D1B298015C40486013930 | Comcast Cable |
| SHA1: 5A6510D12FA6AAFD8E8D1B298015C40486013930 | Comcast Cable |
| SHA1: 5A6510D12FA6AAFD8E8D1B298015C40486013930 | Nobis Technology Group, |
| SHA1: 5A6510D12FA6AAFD8E8D1B298015C40486013930 | Nobis Technology Group, |
| SHA1: 5A6510D12FA6AAFD8E8D1B298015C40486013930 | Comcast Cable |
| SHA1: 5A6510D12FA6AAFD8E8D1B298015C40486013930 | Comcast Cable |
| SHA1: 5A6510D12FA6AAFD8E8D1B298015C40486013930 | Comcast Cable |
| SHA1: 5A6510D12FA6AAFD8E8D1B298015C40486013930 | Comcast Cable |

| Region | city | District | Province |
|---|---|---|---|
| Washington | Vancouver | Washington Western | Clark |
| Washington | Lynnwood | Washington Western | Snohomish |
| Washington | Seattle | Washington Western | King |
| Washington | Graham | Washington Western | Pierce |
| Washington | Seattle | Washington Western | King |
| Washington | Lynnwood | Washington Western | Snohomish |
| Washington | Seattle | Washington Western | King |
| Washington | Everett | Washington Western | Snohomish |
| Washington | Vancouver | Washington Western | Clark |
| Washington | Seattle | Washington Western | King |
| Washington | Seattle | Washington Western | King |
| Washington | Seattle | Washington Western | King |
| Washington | Seattle | Washington Western | King |
| Washington | Seattle | Washington Western | King |
| Washington | Renton | Washington Western | King |
| Washington | Oak Harbor | Washington Western | Island |
| Washington | Bellingham | Washington Western | Whatcom |
| Washington | Seattle | Washington Western | King |
| Washington | Everett | Washington Western | Snohomish |
| Washington | Seattle | Washington Western | King |
| Washington | Vancouver | Washington Western | Clark |
| Washington | Seattle | Washington Western | King |
| Washington | Vancouver | Washington Western | Clark |
| Washington | Seattle | Washington Western | King |
| Washington | Auburn | Washington Western | King |
| Washington | Federal Way | Washington Western | King |
| Washington | Tacoma | Washington Western | Pierce |
| Washington | Silverdale | Washington Western | Kitsap |
| Washington | Port Orchard | Washington Western | Kitsap |
| Washington | Bellevue | Washington Western | King |
| Washington | Marysville | Washington Western | Snohomish |
| Washington | Seattle | Washington Western | King |
| Washington | Maple Valley | Washington Western | King |
| Washington | Seattle | Washington Western | King |
| Washington | Bellingham | Washington Western | Whatcom |
| Washington | Renton | Washington Western | King |
| Washington | Everett | Washington Western | Snohomish |
| Washington | Seattle | Washington Western | King |
| Washington | Lake Stevens | Washington Western | Snohomish |
| Washington | Seattle | Washington Western | King |
| Washington | Seattle | Washington Western | King |
| Washington | Seattle | Washington Western | King |
| Washington | Puyallup | Washington Western | Pierce |
| Washington | Vancouver | Washington Western | Clark |
| Washington | Seattle | Washington Western | King |

# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PAu 3-569-586

**Effective date of
registration:**

March 25, 2011

---

**Title**

Title of Work: The Divide

**Completion/Publication**

Year of Completion: 2010

**Author**

■   Author: R & D Film 1, LLC

Author Created: entire motion picture

Work made for hire: Yes

Citizen of: United States          Domiciled in: United States

**Copyright claimant**

Copyright Claimant: R & D Film 1, LLC

810 Superba Ave, Venice, CA 90291

Transfer Statement: By written agreement

**Rights and Permissions**

Name: Ross Dinerstein

Email: ross@preferredcontent.net          Telephone: 310-393-0707

**Certification**

Name: Ross Dinerstein

Date: March 23, 2011

---

Correspondence: Yes