Honorable Judge Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| R & D Film 1, LLC<br><br>       vs.<br><br>Does 1- 45,<br>             Defendants. | No. 2:13-cv-00051 JLR-RSL<br><br>Notice of Appearance of Counsel for Defendants Doe 01 with IP address 67.168.219.56<br>Doe 09 with IP address 67.168.219.56<br><br>Clerk Action Requested |

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Gary K. Marshall and the Law Offices of Gary Marshall, 9706 Fourth Avenue NE, Suite 320, Seattle WA 98115-2157, appear in this action as the attorney for Defendants Doe 01 with IP address 67.168.219.56 and Doe 09 with IP address 67.168.219.56 without precluding the right to challenge lack of jurisdiction, insufficiently of process and insufficiency of service of process pursuant to FCR 12(b). Please add Gary K. Marshall to the CM/ECF email notification list under the following e-mail address: gmarshall@marshallcomputer.com.

Dated this 6th day of May, 2013

Notice of Appearance for Defendants Doe 01 and Doe 09, page 1
No. 2:13-cv-00051 JLR-RSL

Law Offices of Gary Marshall
9706 4th Ave. N.E., Suite 320
Seattle, Washington 98115-2157
Tel: (206) 524-0655

Law Offices of Gary Marshall

By __/s/ Gary K. Marshall_____
Gary K. Marshall, WSBA # 15344
Attorneys for Defendants
Doe 01 with IP address 67.168.219.56
Doe 09 with IP address 67.168.219.56

Certificate of Service

     I hereby certify that on May 6, 2013, I electronically filed this document with the Clerk, of the Court using the CM/ECF electronic filing, which will provide notice to all counsel of record herein.

/s/ Gary K. Marshall_____
Gary K. Marshall,  WSBA # 15344
Attorneys for Defendants
Doe 01 with IP address 67.168.219.56
Doe 09 with IP address 67.168.219.56

Notice of Appearance for Defendants Doe 01 and Doe 09, page 2
No. 2:13-cv-00051 JLR-RSL

Law Offices of Gary Marshall
9706 4th Ave. N.E., Suite 320
Seattle, Washington 98115-2157
Tel: (206) 524-0655